UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **CAROL TURNER**<br><br>　　　　　　　　　**Plaintiff,**<br><br>　v.<br><br>**NATIONAL RAILROAD PASSENGER CORP d/b/a AMTRAK**<br><br><br>　　　　　　　　　**Defendant.** | Civil Action No: 3:25-cv-01446<br><br>November 26, 2025 |

**RULE 26(a)1 INITIAL DISCLOSURE**

**I.  WITNESSES**

| Name of Person, Address, and Telephone Number | Description of what the person knows |
|---|---|
| *Carol Turner, 12 Wildwood Rd., Apt B19, Hartsdale, NY 10530*<br><br>*MTA representative in charge of security camera footage of injury, Stamford, CT*<br><br>*Yarisa Barcacel, granddaughter of Plaintiff*<br><br>*Paul Ragusa, D.O., Mt. Sinai,*<br><br>*R. Jacob, MD, referring physician for knee x-rays* | Claims, events, and circumstances related to the lawsuit.<br><br>Plaintiff's mechanism of injury recorded on MTA security camera<br><br>Appearance and observation of Plaintiff's injuries and limitations<br><br>Plaintiff's treatment, limitations and disabilities<br><br>Plaintiff's treatment<br><br><br>Plaintiff's hospital treatment and evaluations |

| | |
|---|---|
| *William J. Symons, MD, Stamford Hospital, Stamford, CT* | Plaintiff's treatment |

Plaintiff may call additional witnesses including:

Witnesses disclosed by other parties.

Witnesses whose identity becomes known through discovery in this case.

Rebuttal witnesses and witnesses used solely for impeachment purposes.

Expert witnesses disclosed in accordance with the dates in the parties' Rule 26 report.

Plaintiff reserves her right to amend this information as a result of discovery and as provided under the applicable rules.

    I.    **LIST OF DOCUMENTS AND THINGS IN POSSESSION OR CONTROL OF PLAINTIFFS**

*The following documents are in the possession of Plaintiff's counsel, and are being produced today:*

    a.    *Photographs of Plaintiff's injuries;*

    b.    *Stamford EMS record and bill;*

    c.    *Stamford Hospital record and bill;*

    d.    *Mt. Sinai orthopedic surgeon visit;*

    e.    *March 1, 2024 xray report;*

    f.    *February 20, 2024 Surgical resident note;*

    g.    *Transfer bench invoice;*

    h.    *CVS receipts for over the counter injury-related purchases.*

    i.    *New York Orthopedics;*

    j.    *The Enclave at Rye RN Notes;*

    k.    *Enclave PT Notes;*

  *l.*  ***Enclave Dental Notes***

## II.
### COMPUTATION OF DAMAGES

| | |
|---|---|
| Economic damages – medical bills. | To be determined by the trier of fact from medical bills submitted into evidence. Current Life expectancy: 9.6 years $95,139.38 without Enclave billing |
| Pain and suffering. | To be determined by the trier of fact. |
| Permanency and loss of life's activities | To be determined by the trier of fact with assistance of expert testimony. Expert report will be disclosed when available. |
| **TOTAL DAMAGES** | |
| | |

Plaintiff Carol Turner

Date: November 26, 2025


By_____

Eric L. Reinken, Esq., ct05568
Reinken Law Firm
1100 Summer Street; 2nd Floor
Stamford, CT 06905
Tel: (203) 325-8800
Email: ereinken@reinkenlaw.com